ABRAHAM LOTT, *as Committee, etc.*, v. HENRY HEDEMAN. — Order affirmed, with costs and disbursements. Opinion by PRATT, J.

JEREMIAH SULLIVAN, *Respondent*, v. MARY C. BRICK, *Appellant.* — Order reversed, with costs and disbursements, and motion granted with costs. Opinion by BARNARD, P. J.

BARBARA SAX, *Executrix, etc., Appellant*, v. FRANCIS LANZER and another, *Respondents* — Judgment affirmed, with costs. Opinion by BARNARD, P. J.; PRATT, J., not sitting.

BERTRAND CLOVER. Jr., *Respondent*, v. THE GREENWICH INSURANCE COMPANY, *Appellant.* — Judgment and order denying new trial affirmed, with costs. Opinion by PRATT, J.

IN THE MATTER OF PROBATE OF THE WILL OF JOHN HANCOCK, *Deceased.* — Order reversed, with costs and disbursements. Opinion by PRATT, J.; DYKMAN, J., not sitting.

JAMES C. CORNELL, *Plaintiff*, v. MARY P. CORNELL, *Defendant.* — Motion for new trial denied, with costs. Opinion by BARNARD, P. J.; DYKMAN, J., not sitting.

MARGARET BUSSY, *Respondent*, v. PATRICK LAMBERT, *Executor, etc., Appellant.* — Judgment affirmed, with costs. Opinion by DYKMAN, J.

HENRY HOFFMAN, *Respondent*, v. WILLIAM S. MARVIN and others, *Appellants.* — Order reversed, with costs and disbursements, and motion denied, with costs. Opinion by DYKMAN, J.; BARNARD, P. J., not sitting.

IN THE MATTER OF DANIEL T. POST. — Decree of surrogate reversed, with costs to appellant, and proceedings remitted to surrogate. Opinion by BARNARD. P. J.

JOHN BALDWIN, *Appellant*, v. NATHANIEL VAN SICKLE and others, *Respondents.* — Order granting new trial affirmed, with costs to abide event. Opinion by PRATT, J.

DAVID J. GARTH, *Appellant*, v. EYMER CAPPELMAN, *Respondent.* — Judgment and order denying new trial reversed and new trial granted, costs to abide event. Opinion by BARNARD, P. J.; DYKMAN, J., not sitting.

AUGUST ADLER, *an Infant, etc., Respondent*, v. CHARLES F. A. HINRICHS, *Appellant.* — Judgment and order denying new trial reversed and new trial granted, costs to abide event. Opinion by BARNARD, P. J., and PRATT, J.; DYKMAN, J., not sitting.

JAMES J. HEALEY and another, *Appellants*, v. PATRICK SHERIDAN, *Respondent.* — Judgment affirmed, with costs. Opinion by DYKMAN, J.

NATHANIEL S. ACKERLY, *Respondent*, v. NICHOLAS W. GODFREY, *Appellant.* — Judgment affirmed, with costs. Opinion by DYKMAN, J.